Cheryl F. COHENS, Plaintiff–
Appellant,

v.

State of MARYLAND DEPARTMENT
OF HUMAN RESOURCES; Balti-
more City Department of Social Ser-
vices, Defendants–Appellees.

No. 13–2489.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 17, 2014.

Decided: April 21, 2014.

Cheryl F. Cohens, Appellant Pro Se.
Elise Song Kurlander, OFFICE OF THE
ATTORNEY GENERAL OF MARY-
LAND, Baltimore, Maryland, for Appel-
lees.

Before WILKINSON, KING, and
DUNCAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Cheryl F. Cohens seeks to appeal the
district court's order finally disposing of all
claims in her action alleging employment
discrimination. We dismiss the appeal for
lack of jurisdiction because the notice of
appeal was not timely filed.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5), or reopens the ap-
peal period under Fed. R.App. P. 4(a)(6).
"[ T] he timely filing of a notice of appeal
in a civil case is a jurisdictional require-
ment." *Bowles v. Russell,* 551 U.S. 205,
214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered
on the docket on July 30, 2013. The notice
of appeal was filed on December 11, 2013.
Because Cohens failed to file a timely no-
tice of appeal or to obtain an extension or
reopening of the appeal period, we deny
leave to proceed in forma pauperis and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*DISMISSED.*